

| | | |
|---|---|---|
| TODD B. BUTLER<br>GARY L. FANNING, JR. *<br><br>*ADMITTED IN KANSAS AND MISSOURI | ATTORNEYS AT LAW<br>3706 SW TOPEKA BLVD., SUITE 300<br>TOPEKA, KANSAS 66609-1291<br>(785) 267-6444<br>FAX (785) 267-7341 | ZACHARY A. KING<br>CYNTHIA J. LONG<br>STEPHANIE B. POYER |

January 27, 2012

Charles Buchheit
333 NW Saint John St Apt C
Topeka KS 66608-1486

RE: Shawnee County Court Case 00D 000511
     Violation Description: Failure to Pay
     Balance Due: $89.86

This letter is to inform you that you have outstanding debt on the above referenced case. Our law firm has recently been retained by the Shawnee County District Court and the Office of the Kansas Attorney General to collect this court ordered debt.

Please pay the above debt amount in full or contact our office to set up satisfactory payment arrangements within 30 days. We accept money orders, all major credit cards, checks by phone, and personal checks. All questions concerning payment arrangements should be directed to a payment clerk at 785-267-6444.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt and mail you a copy of such verification.

We are attempting to collect a debt, and any information obtained will be used for that purpose.

                                    Sincerely,

                                    Cindy Long
                                    Butler & Associates P.A.

Enclosure: Credit Card Authorization Form
0000002229

**EXHIBIT 2**



| | | |
|---|---|---|
| TODD B. BUTLER<br>GARY L. FANNING, JR. *<br><br>*ADMITTED IN KANSAS AND MISSOURI | ATTORNEYS AT LAW<br>3706 SW TOPEKA BLVD., SUITE 300<br>TOPEKA, KANSAS 66609-1291<br>(785) 267-6444<br>FAX (785) 267-7341 | ZACHARY A. KING<br>CYNTHIA J. LONG<br>STEPHANIE B. POYER |

January 27, 2012

Charles Buchheit
333 NW Saint John St Apt C
Topeka KS 66608-1486

RE:  Shawnee County Court Case 01TR003966
     Violation Description: UNSAFE TURNING OR STOPPING
     Balance Due: $209.46

This letter is to inform you that you have outstanding debt on the above referenced case. Our law firm has recently been retained by the Shawnee County District Court and the Office of the Kansas Attorney General to collect this court ordered debt.

Please pay the above debt amount in full or contact our office to set up satisfactory payment arrangements within 30 days. We accept money orders, all major credit cards, checks by phone, and personal checks. All questions concerning payment arrangements should be directed to a payment clerk at 785-267-6444.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt and mail you a copy of such verification.

We are attempting to collect a debt, and any information obtained will be used for that purpose.

Sincerely,

Cindy Long
Butler & Associates P.A.

Enclosure: Credit Card Authorization Form
0000014776



TODD B. BUTLER
GARY L. FANNING, JR. *

*ADMITTED IN KANSAS AND MISSOURI

ATTORNEYS AT LAW
3706 SW TOPEKA BLVD., SUITE 300
TOPEKA, KANSAS 66609-1291
(785) 267-6444
FAX (785) 267-7341

ZACHARY A. KING
CYNTHIA J. LONG
STEPHANIE B. POYER

January 27, 2012

Charles Buchheit
333 NW Saint John St Apt C
Topeka KS 66608-1486

RE:   Shawnee County Court Case 03TR002821
      Violation Description: DRIVING WHILE SUSPENDED FIRST
      Balance Due: $421.62

This letter is to inform you that you have outstanding debt on the above referenced case. Our law firm has recently been retained by the Shawnee County District Court and the Office of the Kansas Attorney General to collect this court ordered debt.

Please pay the above debt amount in full or contact our office to set up satisfactory payment arrangements within 30 days. We accept money orders, all major credit cards, checks by phone, and personal checks. All questions concerning payment arrangements should be directed to a payment clerk at 785-267-6444.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt and mail you a copy of such verification.

We are attempting to collect a debt, and any information obtained will be used for that purpose.

Sincerely,

Cindy Long
Butler & Associates P.A.

Enclosure: Credit Card Authorization Form
0000008749



TODD B. BUTLER
GARY L. FANNING, JR. *

*ADMITTED IN KANSAS AND MISSOURI

ATTORNEYS AT LAW
3706 SW TOPEKA BLVD., SUITE 300
TOPEKA, KANSAS 66609-1291
(785) 267-6444
FAX (785) 267-7341

ZACHARY A. KING
CYNTHIA J. LONG
STEPHANIE B. POYER

January 27, 2012

Charles Buchheit
333 NW Saint John St Apt C
Topeka KS 66608-1486

RE:  Shawnee County Court Case 03TR005549
     Violation Description: DRIVING WHILE SUSPENDED FIRST
     Balance Due:  $421.62

This letter is to inform you that you have outstanding debt on the above referenced case. Our law firm has recently been retained by the Shawnee County District Court and the Office of the Kansas Attorney General to collect this court ordered debt.

Please pay the above debt amount in full or contact our office to set up satisfactory payment arrangements within 30 days. We accept money orders, all major credit cards, checks by phone, and personal checks. All questions concerning payment arrangements should be directed to a payment clerk at 785-267-6444.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt and mail you a copy of such verification.

We are attempting to collect a debt, and any information obtained will be used for that purpose.

Sincerely,

Cindy Long
Butler & Associates P.A.

Enclosure: Credit Card Authorization Form
0000008891



TODD B. BUTLER
GARY L. FANNING, JR. *

*ADMITTED IN KANSAS AND MISSOURI

ATTORNEYS AT LAW
3706 SW TOPEKA BLVD., SUITE 300
TOPEKA, KANSAS 66609-1291
(785) 267-6444
FAX (785) 267-7341

ZACHARY A. KING
CYNTHIA J. LONG
STEPHANIE B. POYER

January 27, 2012

Charles Buchheit
333 NW Saint John St Apt C
Topeka KS 66608-1486

RE:   Shawnee County Court Case 07D 002844
      Violation Description: Failure to Pay
      Balance Due:  $202.70

This letter is to inform you that you have outstanding debt on the above referenced case. Our law firm has recently been retained by the Shawnee County District Court and the Office of the Kansas Attorney General to collect this court ordered debt.

Please pay the above debt amount in full or contact our office to set up satisfactory payment arrangements within 30 days. We accept money orders, all major credit cards, checks by phone, and personal checks. All questions concerning payment arrangements should be directed to a payment clerk at 785-267-6444.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt and mail you a copy of such verification.

We are attempting to collect a debt, and any information obtained will be used for that purpose.

Sincerely,

Cindy Long
Butler & Associates P.A.

Enclosure: Credit Card Authorization Form
0000005179



| | | |
|---|---|---|
| TODD B. BUTLER<br>GARY L. FANNING, JR. *<br><br>*ADMITTED IN KANSAS AND MISSOURI | ATTORNEYS AT LAW<br>3706 SW TOPEKA BLVD., SUITE 300<br>TOPEKA, KANSAS 66609-1291<br>(785) 267-6444<br>FAX (785) 267-7341 | ZACHARY A. KING<br>CYNTHIA J. LONG<br>STEPHANIE B. POYER |

February 3, 2012

Charles Buchheit
333 NW Saint John St Apt C
Topeka KS 66608

RE:   Shawnee County Court Case 97D 000850
      Violation Description: Failure to Pay
      Balance Due: $202.70

This letter is to inform you that you have outstanding debt on the above referenced case. Our law firm has recently been retained by the Shawnee County District Court and the Office of the Kansas Attorney General to collect this court ordered debt.

Please pay the above debt amount in full or contact our office to set up satisfactory payment arrangements within 30 days. We accept money orders, all major credit cards, checks by phone, and personal checks. All questions concerning payment arrangements should be directed to a payment clerk at 785-267-6444.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt and mail you a copy of such verification.

We are attempting to collect a debt, and any information obtained will be used for that purpose.

Sincerely,

Cindy Long
Butler & Associates P.A.

Enclosure: Credit Card Authorization Form
0000030147



ODD B. BUTLER
ARY L. FANNING, JR. *

*ADMITTED IN KANSAS AND MISSOURI

**ATTORNEYS AT LAW**
3706 SW TOPEKA BLVD., SUITE 300
TOPEKA, KANSAS 66609-1291
(785) 267-6444
FAX (785) 267-7341

ZACHARY A. KING
CYNTHIA J. LONG
STEPHANIE B. POYER

January 13, 2012

Theresa Buchheit
333 NW SAINT JOHN ST C
TOPEKA KS 66608-1485

RE: Shawnee County Court Case 97D 000850
Violation Description: Failure to Pay
Balance Due: $202.70

This letter is to inform you that you have outstanding debt on the above referenced case. Our law firm has recently been retained by the Shawnee County District Court and the Office of the Kansas Attorney General to collect this court ordered debt.

Please pay the above debt amount in full or contact our office to set up satisfactory payment arrangements within 30 days. We accept money orders, all major credit cards, checks by phone, and personal checks. All questions concerning payment arrangements should be directed to a payment clerk at 785-267-6444.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt and mail you a copy of such verification.

We are attempting to collect a debt, and any information obtained will be used for that purpose.

Sincerely,

Cindy Long
Butler & Associates P.A.

Enclosure: Credit Card Authorization Form
0000005626

Petitioners Attach 1

Thursday, March 15, 2012 12:03 PM

**Subject: Fwd: Fwd: Cody Buchheit**
**Date:** Friday, March 9, 2012 1:26 PM
**From:** iffocpresident@cox.net <iffocpresident@cox.net>
**To:** Bret Landrith <bret@bretlandrith.com>

--
David Martin Price, President IFFOC
3121 SE Fremont Street
Topeka, Kansas 66605
(785) 267-5132

This email message and any attachments to it are intended only for the named recipients and may contain confidential information. If you are not one of the intended recipients, please do not duplicate or forward this e-mail message and immediately delete it from your computer.

> Date: Fri, 9 Mar 2012 13:24:53 -0600
> Subject: Fwd: Cody Buchheit
> From: Theresa Buchheit <theresabuchheit@gmail.com>
> To: David <iffocpresident@cox.net>
>
> ---------- Forwarded message ----------
> From: Theresa Buchheit <theresabuchheit@gmail.com>
> Date: Fri, Mar 9, 2012 at 1:15 PM
> Subject: Re: Cody Buchheit
> To: "ecollazo@aol.com" <ecollazo@aol.com>
>
>
> Charles wants you to forward a copy of the proposed domestic order that
> you intend to file please. Charles wants you from now one to forward any
> and all communications proposed orders pleadings and-or filings so we can
> all be on the same page. We would not tell you how to do your job, if
> communications was proper at this point in time. Second of all, Charles
> wants you in this proposed order to remove Mary Beth Mudrick and any other
> person not qualified as a mediator pursuant to supreme court rule 9.03
> rules for mediation as well as any and all recimandations to the court by
> these now qualified individuals, in which was procured through acts of
> fraud.
>
>
> On Fri, Mar 9, 2012 at 12:54 PM, ecollazo@aol.com <ecollazo@aol.com> wrote:
>
> > You have two choices... You can allow me to do my job, or you can look for
> > or ask the court to hire another attorney if you feel someone can do
> > better... I told you from the beginning, I will not deal with

```
collateral
> > issues. I am focused on getting this case closed... I believe that it
is in
> > everyone's best interest to close this case as soon as possible... I
am not
> > inclined to file any motions at this juncture... I have prepared a
domestic
> > order for the other attorneys to review... I have spoken to the Judge
twice
> > in regards to the lack of communication from mother's attorney. If you
want
> > this case to keep going for another year, fire me. If you want this
case to
> > conclude, let me do my job, but don't tell me how to do my job...
> >
> > Sent from my Verizon Wireless Phone
> >
> > ----- Reply message -----
> > From: "Theresa Buchheit" <theresabuchheit@gmail.com>
> > To: "ecollazo@aol.com" <ecollazo@aol.com>
> > Subject: Cody Buchheit
> > Date: Fri, Mar 9, 2012 11:00 am
> >
> >
> > Charles asked me to ask you to request for discovery on the courts
> > contracts, and also we need a motion for Mary Beth Mudrick to be
removed
> > from this case, she is not in the best interest for Cody. Charles
wants
> > granted access to review the court files on is son's case. Charles
said
> > please incorporate the recent motion on Mary Beth in the case on
record?
> > How can we work with people with the courts when there is a contract
> > between them and the courts, which I think will show the bias and
prejudice
> > in this case,there are to many conflicts, by getting the contracts
through
> > discovery, we prove the conflicts, so Charles said we can take this to
the
> > Feds now. Charles thinks those contracts will get him custody of his
son,
> > and help remove this to Federal court quicker, and will show that the
> > judgment of the court were procured through fraud, because the people
the
> > court allowed to make recommendations to the court were not
> > certified and-or qualified pursuant to supreme court rule 9.03 rules
for
> > mediation. please respond by Monday, if not Charles is under the
impression
> > that the court is limiting your scope of representation in this case.
if
> > this is so Charles wants you to file your notice of withdraw and ask
courts
> > to appointment counsel outside the county who can give fair
representation
```

```
> > and follow the instructions the client gives, Charles said this is his
> > child not yours, he is tired of people telling him whats best for his
son,
> > when everybody else is stalling time because they have contracts with
the
> > courts.
> >
> > On Fri, Mar 9, 2012 at 10:08 AM, Theresa Buchheit <
> > theresabuchheit@gmail.com> wrote:
> >
> >> ok so can we file an emergency motion for parenting plan to be
addressed,
> >> this coming week?
> >>
> >>
> >> On Fri, Mar 9, 2012 at 10:04 AM, ecollazo@aol.com
<ecollazo@aol.com>wrote:
> >>
> >>> The case is not going to be closed today... I am out of the office
most
> >>> of the day today... The best advise and I strongly recommend is that
> >>> Charles continue doing all that he can to put himself in the best
position
> >>> possible in front of the Judge... This shows that he is in fact
working in
> >>> Cody's best interest and is not hindering the process... I spoke to
the
> >>> Judge again this morning and expressed my frustrations...
> >>>
> >>> Sent from my Verizon Wireless Phone
> >>>
> >>>
> >>> ----- Reply message -----
> >>> From: "Theresa Buchheit" <theresabuchheit@gmail.com>
> >>> To: "Edward Collazo" <ecollazo@aol.com>
> >>> Cc: "Theresa Buchheit" <theresabuchheit@gmail.com>
> >>> Subject: Cody Buchheit
> >>> Date: Fri, Mar 9, 2012 9:22 am
> >>>
> >>>
> >>> What is the status of the parenting plan? Cody is needing help, and
we
> >>> can not do this in the right manner if mom is in the way, as in the
> >>> alternatives we are checking into to help Cody, we had a talk
yesterday
> >>> with 501 head person, and we have a meeting with one of Cody's
teachers on
> >>> Tuesday coming up, Charles wants to know when are we going to shut
this
> >>> case out. Charles is wanting to stop parenting classes, because he
is tired
> >>> of working with mom, when she is not out for the best interest of
her son.
> >>> We are still going to go to parenting for Cody. We are trying so
hard to do
> >>> the right things, Charles wants this case closed by today, or he is
```

```
asking
> >>> you to file an emergency motion for our parenting plan to be
addressed.
> >>> Please respond.
> >>>
> >>
> >>
> >
```